1/16/18

Attn: United States Bankruptcy Court    (Objection)

Case # 18-10103-KCF

Judge Kathryn C. Ferguson

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2018 JAN 17 P A 10: 39
JEANNE A. NAUGHTON
BY: /s/ Fero
DEPUTY CLERK

Raymond Broach
2612 Kuser Rd
Hamilton, NJ
08691
XXX-XX-5537

I Raymond Broach object to dismissal to the fact that I was waiting for a direct deposit of funds which came late however with integrity I paid right away electronically soon it came to satisfy payment. I also am willing and fully cooperative with my lawyer Andrew Carroll as well as The Mortgage Company so I can come to terms and agreement to get caught up and save the house by paying all my debts. This is my written objection I submit. Going forward I am and will continue to make all requests and deadlines to and with Mortgage Company or Trustee and deeply apologize for any inconvenience or problems caused. I wish to work together and satisfy all my debts and secure a lively hood in my senior years and have something to have to leave to my children and grand children in the future.

Thank You Kindly,

Raymond Broach