Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10103−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Raymond Broach
  2612 Kuser Road
  Hamilton, NJ 08691

Social Security No.:
  xxx−xx−5537

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/31/18 at 02:00 PM

to consider and act upon the following:

5 – Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Comply with Local Rule 1006,Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Atty Disclosure Statement, Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) – If Applicable, Ch. 13 Plan and Motions, List of All Creditors, PDF of List of Creditors, Schedules A/B,C,E/F,G,H,I,J,. If an objection is filed a hearing will be held on: January 31, 2018 at 2:00 PM Courtroom #2. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/3/2018. Objection to Order to Show Cause due by 1/17/2018. (amg)

Dated: 1/18/18

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court